## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Orion IP, LLC, | Civil No. 04-1215 MJD/JGL |
| Plaintiff, | |
| vs. | **STIPULATION FOR JOINT REQUEST TO EXTEND TIME PERIOD TO ANSWER COMPLAINT** |
| RightNow Technologies, Inc., | |
| Defendant. | |

Under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, a defendant shall serve its answer to the plaintiff's complaint within 20 days after being served with the summons and complaint. In the above-captioned case, the complaint was served on the defendant on March 19, 2004, and therefore the defendant's answer is due on April 8, 2004. The undersigned parties stipulate to this joint request because the parties are currently engaged in negotiations in this case and in a related case, Civ. No. 03-3165 ADM/FLN, and it has become clear that the defendant will need an extension of time in which to file its answer.

For the foregoing reasons, the undersigned parties respectfully request the Court to extend the period of time in which the defendant may answer the complaint to April 29, 2004.

1

Dated: April 5, 2004　　　　　　　　　　**FAEGRE & BENSON LLP**

By _____
David J.F. Gross (#208772)
James W. Poradek (#290488)
Lee M. Pulju (#321357)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel:　(612) 766-7000
Fax:　(612) 766-1600
**Attorneys for Defendant**
**RightNow Technologies, Inc.**

OF COUNSEL:
William B. Kircher
Shook, Hardy & Bacon LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
Telephone:　(816) 474-6550

Dated: April 5, 2004　　　　　　　　　　**LEONARD, STREET & DEINARD**
　　　　　　　　　　　　　　　　　　　**Professional Association**


By _____
Todd A. Noteboom (#240047)
Kevin D. Conneely (#192703)
Mical R. Kapsner (#286461)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Tel:　(612) 335-1500
Fax:　(612) 335-1657
**Attorneys for Plaintiff**
**Orion IP, LLC**

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Orion IP, LLC, ) | Civil No. 04-1215 MJD/JGL |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER |
| vs. ) | |
| ) | |
| RightNow Technologies, Inc., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the joint request by Defendant RightNow Technologies, Inc. and Plaintiff Orion IP, LLC for an extension in the period of time in which defendant may answer the complaint. The parties jointly request that the time period be extended to April 29, 2004. The Court, having reviewed the request, and having considered the files, records and proceedings in this action, finds that there is good cause to grant the request.

**IT IS HEREBY ORDERED** that the date by which the defendant must answer the complaint shall be extended from April 8, 2004 until April 29, 2004.

Dated: April 13, 2004.

_____
Jonathan G. Lebedoff
Magistrate Judge, United States District Court

M2:20615856.01

1