## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ORION IP, LLC, | ) |
| Plaintiff, | ) Civil Action No. 04-1251 (MJD/JGL) |
| -vs- | ) |
| RIGHTNOW TECHNOLOGIES, INC., | ) **STIPULATION AND ORDER** |
| Defendant. | ) **FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Orion IP, LLC and Defendant RightNow Technologies, Inc., through their undersigned counsel, hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, and without an award of costs to any party.

April _____, 2004

*[signature]*

Todd A. Noteboom (#240047)
Kevin D. Conneely (#192703)

LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN  55402
Telephone: 612-335-1500

**ATTORNEYS FOR PLAINTIFF
ORION IP, LLC**

April __9__, 2004

_[signature]_
William B. Kircher (MO Bar No. 18,743)
Clinton G. Newton (MO Bar No. 46,054)

SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108-2613
Telephone: 816-474-6550

AND

April __12__, 2004

_[signature]_
David J.F. Gross (#208772)

FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone: (612) 776-7000

**ATTORNEYS FOR DEFENDANT
RIGHTNOW TECHNOLOGIES, INC.**

**IT IS SO ORDERED.**

April __13__, 2004

_[signature]_
Michael L. Davis
Judge of District Court

Orion IP, LLC v. Rightnow Tech., Inc., Civil No.: 04-1251 (MJD/JGL)